# JAMS Employment Arbitration Rules & Procedures

JAMS Rule #4. **Conflict with Law**

    i.    If any of these Rules or modifications of the Rules agreed to by the Parties, is determined to be in conflict with a provision of applicable law, the provision of law will govern over the Rule in conflict and no other Rule will be affected.

JAMS Rule #5. **Commencing an Arbitration**

The arbitration is deemed commenced when JAMS issue a Commencement Letter based upon the existence of the following:

    iv.    The Respondent's failure to timely object to JAMS administration. I sent written notification 8-22-2020 that I will NOT be participating in any arbitration hearing with this firm.

JAMS Rule #13. **Withdrawal from Arbitration**

    i.    No Party may terminate or withdraw from Arbitration after issuance the Commencement Letter. I withdrew from the JAMS arbitration and received no Commencement Letter.

    ii.    A Party that asserts a claim or counterclaim may unilaterally withdraw that claim or counterclaim without prejudice by serving written notice on the other Parties and the Arbitrator. However, the opposing party may within seven (7) calendar days of such notice, request that the Arbitrator condition the withdrawal upon such terms as he or she may direct.

JAMS Rule #27. **Waiver**

    i.    If a Party becomes aware of a violation of or failure to comply with these Rules and fails promptly to object in writing, the objection will be deemed waived, unless the Arbitrator determines that waiver will cause substantial injustice or hardship.

    ii.    If any Party becomes aware of information that could be the basis of a challenge for cause to the continued service of the Arbitrator, such challenge must be made promptly, in writing, to the Arbitrator or JAMS. Failure to do so shall constitute a waiver of any objection to continued service by the Arbitrator.