1 | JEFFREY D. WOHL (Cal. State Bar No. 096838)
PAUL HASTINGS LLP
2 | 101 California Street, 48th Floor
San Francisco, California 94111
3 | Telephone: (415) 856-7000
Facsimile: (415) 856-7100
4 | jeffwohl@paulhastings.com

5 | LINDSEY C. JACKSON (Cal. State Bar No. 313396)
PAUL HASTINGS LLP
6 | 515 S. Flower Street, 25th Floor
Los Angeles, California 90071-2228
7 | Telephone: (213) 683-6000
Facsimile: (213) 627-0705
8 | lindseyjackson@paulhastings.com

9 | Attorneys for Defendants
Applied Materials, Inc., and Keith Dupen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN JACKSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>APPLIED MATERIALS, INC. and KEITH DUPEN,<br><br>　　　　　Defendants. | No. 20-cv-06007-VKD<br><br>**DECLARATION OF JEFFREY D. WOHL IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION**<br><br>Date:　　　April 6, 2021<br>Time:　　　10:00 a.m.<br>Courtroom:　2<br>Judge:　　　Hon. Virginia K. DeMarchi<br><br>Trial date:　None set<br>FAC filed:　September 12, 2020 |

I, Jeffrey D. Wohl, declare and state:

1. I am a member of the Bar of this Court, a partner at Paul Hastings LLP, and one of the attorneys representing defendants Applied Materials, Inc., and Keith Dupen in this action. I make this declaration in support of defendants' motion to compel arbitration and stay all proceedings. I have personal knowledge of the facts set forth in this declaration and could and would testify to them under oath if called as a witness.

2. On January 4, 2021, I e-mailed plaintiff Kevin Jackson informing him that because he had refused on multiple occasions to abide by his arbitration agreement, defendants would proceed with filing a motion to compel arbitration. Mr. Jackson responded the same day stating that his "response has not and will not change in reference to arbitration." Attached to this declaration as Exhibit A is a true and correct copy of my January 4, 2021, e-mail exchange with Mr. Jackson.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 25, 2021, at Hillsborough, California.

　　　　　　　　　　　　　　　　　　　　　　　／s／ *Jeffrey D. Wohl*
　　　　　　　　　　　　　　　　　　　　　　　　　Jeffrey D. Wohl

# Exhibit A

# Jackson, Lindsey C.

| | |
|---|---|
| **From:** | Kevin Jackson <jackson2796@comcast.net> |
| **Sent:** | Monday, January 4, 2021 4:53 PM |
| **To:** | Wohl, Jeffrey D. |
| **Cc:** | Sherrard (Butch) Hayes; JBlair@wshllp.com; Jackson, Lindsey C.; Mitchell, Meredith A. |
| **Subject:** | [EXT] Re: Jackson v. Applied Materials, Inc., and Keith Dupen |

Hello Mr. Wohl,

Thanks for the filing. My response has not and will not change in reference to arbitration. I will respond however and file my answer with the District Court when defendants file the motion to compel arbitration. I'll anticipate defendants response on March 5, 2021. That's the date the response is due according to my ECF notification..

Regards,
Kevin F Jackson

Sent from my iPad

> On Jan 4, 2021, at 11:18 AM, Wohl, Jeffrey D. <jeffwohl@paulhastings.com> wrote:
>
> Mr. Jackson:
>
> We have corrected and are filing with the Court the Waivers of the Service of Summons for Applied Materials, Inc., and Keith Dupen. Copies are also attached. Please note that defendants' responses to the complaint are due on February 25, 2021 (60 days after December 27, 2020).
>
> Because you repeatedly have stated your refusal to abide by your agreement to arbitrate your dispute, we will proceed with a motion to compel arbitration when defendants respond to the complaint. If you change your mind and submit to arbitration, please let us know before then.
>
> Jeffrey Wohl
>
> _____
>
> <image001.gif>
>
> **Jeffrey D. Wohl** | **Partner, Employment Law Department**
> Paul Hastings LLP | 101 California Street, 48th Floor, San Francisco, Cal
> Direct: 415.856.7255 | Main: 415.856.7000 | Fax: 415.856.7355
> jeffwohl@paulhastings.com | www.paulhastings.com

*******************************************************************************
This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. If you reply to this message, Paul Hastings may collect personal information including your name, business name and other contact details, and IP address. For more information about Paul Hastings' information collection, privacy and security principles please click HERE. If you have any questions, please contact Privacy@paulhastings.com.

<20210104104100_001.pdf>