| | |
|---|---|
| 1 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| | PAUL HASTINGS LLP |
| 2 | 101 California Street, 48th Floor |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 4 | jeffwohl@paulhastings.com |
| 5 | LINDSEY C. JACKSON (Cal. State Bar No. 313396) |
| | PAUL HASTINGS LLP |
| 6 | 515 S. Flower Street, 25th Floor |
| | Los Angeles, California 90071-2228 |
| 7 | Telephone: (213) 683-6000 |
| | Facsimile: (213) 627-0705 |
| 8 | lindseyjackson@paulhastings.com |
| 9 | Attorneys for Defendants |
| | Applied Materials, Inc., and Keith Dupen |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN JACKSON, | No. 20-cv-06007-VKD |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION** |
| vs. | |
| APPLIED MATERIALS, INC. and KEITH DUPEN, | Date: April 6, 2021 |
| | Time: 10:00 a.m. |
| Defendants. | Courtroom: 2 |
| | Judge: Hon. Virginia K. DeMarchi |
| | Trial date: None set |
| | FAC filed: September 12, 2020 |

On April 6, 2021, a hearing was held on the motion of defendants Applied Materials, Inc., and Keith Dupen for an order compelling arbitration of plaintiff Kevin Jackson's amended complaint in this action, filed on September 12, 2020 (ECF 10), and to stay this action pending the completion of arbitration. Plaintiff Kevin Jackson appeared *pro se*; Jeffrey D. Wohl and Lindsey C. Jackson of Paul Hastings LLP appeared for defendants.

The Court having considered the papers on the motion, the argument of counsel and the parties, and the law, and good cause appearing therefor,

IT IS ORDERED that the motion to compel arbitration be and hereby is GRANTED. Plaintiff is compelled to arbitrate his amended complaint against defendants pursuant to the terms of his arbitration agreement.

IT IS FURTHER ORDERED that this action be and hereby is STAYED pending completion of the arbitration.

Dated: April ___, 2021.

                                        Virginia K. DeMarchi
                                  United States Magistrate Judge