IN THE DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE

SANTA CLARA COUNTY, CALIFORNIA 05:20-CV-06007-VKD

Kevin F Jackson,

*Petitioner*

and

Applied Materials & Keith Dupen

*Respondent*

## Motion TO/FOR investigate and make a ruling on the legality/illegality of the Voluntary Separation Claims Release process and signing

As grounds therefore will show:

1.) I was NOT provided (21) days as per the OWBPA of the ADEA act of 1990 requires
2.) I did not sign the 1st version of the Voluntary Separation Package offered to me. I instead used a black sharpie pen to create a 3rd line, which read "Neither, working with the EEOC. Signed and Dated the document
3.) I was provided a 2nd set of Voluntary Separation Agreement Documents and was informed by email by Sheweta Hedwadkar that after discussions with upper level executives and human resources managers, that I had less than 24 hours to sign the documentation or be fired.
4.) I was given, in a 4.5 day period, multiple copies of the same Voluntary Separation Agreement documentation to sign or be fired.
5.) I also submitted a Title VII Tender- back Case File No 1:16-cv-01308 PLM (Jena McClellan vs Midwest Machining) which the Appellate Court ruled in favor of Plaintiff….

I hereby Certify that a copy hereof has been furnished by mail/hand/ECF delivery notice on this 25 day of February, 2021

Party or their attorney

Jeffrey Wohl, Lindsey Jackson

101 California Street, 48th Floor

San Francisco, Ca

Direct Line 415-856-700

Fax 415-856-7355

Signature of Party signing certificate and pleading

<u>Printed Name</u> Kevin F Jackson Date: February 25, 2021

<u>Signature</u>   *Kevin F Jackson*

1815 Brookside Ave NW

Salem, Oregon 97304

541-484-0167