IN THE DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE
SANTA CLARA COUNTY, CALIFORNIA 05:20-CV-06007-VKD

Kevin F Jackson,
*Petitioner*
and
Applied Materials & Keith Dupen
*Respondent*

Motion TO/FOR ruling to have Applied Materials provide all electronic
communication from my company supplied laptop

As grounds therefore will show:

1.) Keith Dupen, Human Resources Managing Director, denied my request for
additional time to review the voluntary separation documentation in an
email sent to me 3 days after the paperwork was handed to me.

2.) I sent an email to Keith Dupen's boss and my level 2 manager's boss after
Keith's denial requesting more time. Sheweta Hedwadkar delivered their
response.

3.) The executives in the aforementioned step, Keith Dupen, and Sheweta
Hedwadkar made the decision to provide 24 hours to review the
documentation or be fired. That response was sent by email by Sheweta
Hedwadkar.

4.) I need the emails to complete the March 11th responses to Court

I hereby Certify that a copy hereof has been furnished by mail/hand/ECF delivery
notice on this 28 day of February, 2021.


Party or their attorney
Jeffrey Wohl, Lindsey Jackson
101 California Street, 48th Floor
San Francisco, Ca
Direct Line 415-856-700
Fax 415-856-7355

Signature of Party signing certificate and pleading
<u>Printed Name</u>: Kevin F Jackson <u>Date</u>: February 28, 2021
<u>Signature:</u>   *Kevin F Jackson*
1815 Brookside Ave NW
Salem, Oregon 97304
541-484-0167