| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | JUL 30 2021 |
| | MOLLY C. DWYER, CLERK  |

KEVIN F. JACKSON,

    Plaintiff-Appellant,

v.

APPLIED MATERIALS CORPORATION; KEITH DUPEN, Managing Director Human Resources,

    Defendants-Appellees.

No. 21-16240

D.C. No. 5:20-cv-06007-VKD
Northern District of California,
San Jose

ORDER

Appeal No. 21-16240 is dismissed as duplicative of closed appeal No. 21-15628.

This order served on the district court shall act as and for the mandate of this court for appeal No. 21-16240.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Monica Fernandez
Deputy Clerk
Ninth Circuit Rule 27-7

MF/Pro Se