UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
9TH Cir. Case No 21-15628; District Court Case No 05:20-cv-06007-vkd
JAMS Reference No. 11100027244

<u>Kevin F Jackson</u>,
*Plaintiff*
and
<u>Applied Materials & Keith Dupen</u>
*Respondent*


Jurisdiction: Court Ordered Arbitration


For the record, once JAMS Arbitration Hearing No. 11100027244 has been completed, I will be filing an appeal with the Ninth Circuit. The California Supreme Court ruled needy civil litigants who cannot afford to hire a private court reporter are still entitled to have a court reporter provided for them. This will be my argument along with a copy of Judge DeMarchi's ruling. (Jameson v Desta (2018) 5 Cal 5th 594

I am a Pro Se representative and have been ordered to participate in mandatory arbitration with a "stay" action by Judge DeMarchi. I applied for a waiver of fees and it was granted because I am currently unemployed. Those benefits have been cancelled by the Federal Government because California no longer qualifies for the pandemic FED-ED rate. I was forced into arbitration by Judge DeMarchi. I have presented evidence that there was in fact violations of the ADEA and OWBPA Acts. I was denied the opportunity to present this information in the District Court. A "stay" order refers to the act of temporarily stopping a judicial proceeding through the order of a court. Plaintiff is being placed in unfair predicament by not being allowed to depose respondents.  We are in the deposition phase of the court-ordered mandatory arbitration and I am unable to afford the court reporter fees for depositions scheduled for November 8, 2021 and November 10, 2021. I am requesting a court-ordered court reporter for those dates. These are remote zoom depositions.

I am seeking assistance from the District Court with assistance in arranging for a court reporter for the court-ordered mandatory arbitration with a "stay" action that was assigned.


<u>Party or their attorney</u>
Jeffrey Wohl, Lindsey Jackson
101 California Street, 48th Floor
San Francisco, Ca
Direct Line 415-856-700 Fax 415-856-7355


Signature of Party signing certificate and pleading
Printed Name: Kevin F Jackson Date: 10-28-2021
Signature:
1815 Brookside Ave NW Salem, Oregon
97304 541-484-0167